

**Oscar Paniagua MD**
Holistic Urology
Calle Central y primera, avenida 14 y 16, #103
San Jose, Costa Rica
Tel: 2539-9401 ext 108
USA phone Toll Free: 1-800-341-8078

Treatment Protocol for Roy Heilbron                          August 3, 2017
Diagnosis: Prostate Cancer TNM Stage: T2a

Chemotherapy: 4 Cycles

Each cycle: 40 sessions; 3 sessions per week; Monday, Wednesday, Friday

Taxotere with Prednisone, IV 3hour infusion Myer's/EDTA 3,000mg/Vitamin C 70,000mg IV.

Androgen Suppressive Therapy

Flutamide with Casodex injection weekly

Scheduled to begin Monday, August 14, 2107, San Jose, Costa Rica

1st cycle complete Monday, November 6, 2017. 2 weeks recovery completed November 20.

2nd cycle begins Monday, November 20, 2017.

2nd cycle completed Monday, February 19, 2018, 2 weeks recovery, completed March 5 .

3rd cycle: Begin Monday, March 5, 2018

3rd cycle end Monday June 4. 2 weeks recovery completed June 18, 2018.

4th cycle begin Monday June 18, 2018.

4th cycle ends September 17, 2018.

Routine blood tests weekly including PSA (beginning 22), ultrasound prostate Transrectal every

4 weeks. Please note that I will be constantly evaluating the patient and making

recommendations and adjustments as needed.

Sincerely,

Signed Electronically

Oscar Paniagua MD