

**Oscar Paniagua MD**
Holistic Urology
Calle Central y primera, avenida 14 y 16, #103
San Jose, Costa Rica
Tel: 2539-9401 ext 108
USA phone Toll Free: 1-800-341-8078
175 SW 7TH STREET
MIAMI FLORIDA 33130

Roy Heilbron Clinical Summary            June 24, 2017

Patient is a 53 y/o male whom I saw on April 2, 2017 with urinary tenesmus and increased frequency. DGE (Digital rectal exam) revealed prostatic enlargement and 2 nodules. PSA blood test elevated at 22.5 (normal less than 4). Transrectal ultrasound revealed prostatic enlargement, multiple nodules, hypoechoic areas. Biopsy revealed adenocarcinoma, Gleason 2. CT/PET: no metastasis.

Prostate Cancer Staging: TNM T2a.

<u>PMH:</u> Addison's Disease on steroid replacement Cortef 20mg tid;

Hypothyroid on hormone replacement Armour thyroid 90 mg bid

<u>VITAMINS</u>: active essentials, iodine, vit c, magnesium, Ashwaganda, licorice

<u>Allergies</u>: pyridium (rash)

<u>Social History</u>: denies alcohol, drug use, sexually active with condom use, occasional prescription steroid drug abuse.

<u>Family History</u>: Metastatic Prostate cancer grandfather age 80

<u>ROS</u>: otherwise unremarkable. Denies weight loss, loss of appetite, Anemia, bone pain, neurological deficits, lower extremity pain or edema.

*Physical Exam:*

BP: 120/80, p: 62, RR14, temp: 98.0

HEENT: PERRL EOMI

NECK: thyroid WNL

HEART: RRR

LUNGS: CTA

ABDOMEN: SOFT, NON-TENDER W/O HSM

RECTAL: PROSTATE MODERATE ENLARGEMENT, 2 FIRM NODULES, NON-TENDER, NON-ERYTHEMA, ASYMMETRY

EXT: NO C/C/E

NEURO: SOMEWHAT ANXIOUS, A & A


LABS:

PSA 22.5

ULTRASOUND TRANSRECTAL: PROSTATIC ENLARGEMENT, HYPOECHOIC AREAS, 2 NODULES

BIOPSY: ADENOCARCINOMA, GLEASON 2

CAT SCAN/PET: NO METASTASIS


ASSESSEMENT:

PROSTATE CANCER: STAGE T2a

*PLAN:*

*Chemotherapy. 40 sessions, 3 sessions per week as tolerated, 4 CYCLES: Total 160 sessions*

*Taxotere with prednisone, IV 3 hour infusions Myer's and ultra-high dose vitamin C per Dr. Riordan*

*University of Kansas protocol (check G6PD) 70,000 mg IV. Other options include Jevtana,*

*Novantrone, and Emcyt.*

*Organic live food diet*

*Exercise*

*Yoga and meditation*

*Vitamins*

*Juicing*

*Sauna*

*Prayer*

*Coffee Enemas*

*Biofeedback*

*PROGNOSIS:*

*WITH RECOMMENDED TREATMENTS FOLLOWED; 97%,*

*IF UNABLE TO TOLERATE OR COMPLETE THERAPY WITH DEVELOPMENT OF METASTASIS*

*AND NEED FOR SURGERY: 29%*

*Sincerely,*

*Signed Electronically*

*Oscar Paniagua MD*